UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-MJ-1984-JG

IN THE MATTER OF THE SEARCH )
OF the Email address: )
Coram2016@yahoo.com / Yahoo ) ORDER TO UNSEAL
ID: coram2016, data stored or )
Accessed by Yahoo!, Inc, at )
701 First Avenue, Sunnyvale, )
California, 94089. )

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the above-captioned matter is UNSEALED.

The Clerk of Court is hereby ORDERED to unseal the matter in accordance with this Order of the Court.

Dated: January 26, 2018

Robert T. Numbers, II
United States Magistrate Judge